**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

DEON MCEACHRON-HOWELL,

Plaintiff,

-against-

NEW YORK PRESBYTERIAN HOSPITAL,

Defendant.

---------------------------------------------------------------X

**22 Civ. No. 7259 (VSB) (GS)**

**TELEPHONE CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Telephone Conference on **Wednesday, October 04, 2023 at 10:00 a.m.**, to discuss the parties' positions on the proposed Confidentiality Agreement, as set forth in their letters of September 29, 2023 and October 2, 2023. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 422 496 985#.**

**SO ORDERED.**

DATED: New York, New York
October 3, 2023

[signature]

The Honorable Gary Stein
United States Magistrate Judge