UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    DEAN MCEACHRON-HOWELL,

                             Plaintiff,

              -against-                           22-CV-7259 (VSB)

                                             **ORDER**

    NEW YORK PRESBYTERIAN HOSPITAL,

                            Defendant.
------------------------------------------------------------X

**VERNON S. BRODERICK**, United States District Judge:

        On February 6, 2024, I held a telephonic conference in this case. In accordance with my comments made during the conference, it is hereby:

        ORDERED that Defendant file its opening brief for its summary judgment motion by April 19, 2024; Plaintiff her opposition by June 7, 2024; and Defendant its reply by July 12, 2024.

        SO ORDERED.

Dated:    February 6, 2024
             New York, New York

                                                           Vernon S. Broderick
                                                           United States District Judge