UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                   :

DEAN MCEACHRON-HOWELL,        :
                                                   :
                       Plaintiff,     :
                                                   :           22-CV-7259 (VSB)
          -against-      :
                                                     :            **ORDER**
NEW YORK PRESBYTERIAN HOSPITAL,  :
                                                   :
                       Defendant.  :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Plaintiff's Motion to Submit Recordings and Transcript as Evidence in Opposition to Summary Judgment. (Doc. 51.)  Plaintiff submits that the recordings and transcript "demonstrate key facts that challenge the assertions made in the defendant's motion for summary judgment." Doc. 51. As Federal Rule of Civil Procedure 56(c)(1)(A) does not limit the form of record evidence Plaintiff may use to oppose summary judgment, her Motion is well taken.

Accordingly, it is hereby:

ORDERED that Plaintiff's Motion is GRANTED. It is further ORDERED that before August 2, 2024, the date Plaintiff's Opposition to Defendant's Motion for Summary Judgment is due, Plaintiff contact the Pro Se Intake Unit at 212-805-0175 for assistance in submitting her recordings and transcript and sharing them with Defendant. I will not consider late filings, including the recordings and transcript, in deciding the Motion for Summary Judgment absent good cause. The Clerk of Court is DIRECTED to accept for filing Plaintiff's audio recordings in support of her Opposition to Defendant's Motion for Summary Judgment.

2

SO ORDERED.

Dated:     July 16, 2024
           New York, New York

_____
Vernon S. Broderick
United States District Judge