**Deon McEachron-Howell**
47 Point Street, Apt 2c
Yonkers, NY
10701
Plaintiff, Pro Se

October 25, 2024

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The Court has conferred with the pro se filing office, and the missing exhibits discussed below have been docketed at Doc. 56-18. Plaintiff's motion to refile is therefore DENIED AS MOOT.
> With respect to Plaintiff's request to reorganize documents, this motion is DENIED as untimely and prejudicial to Defendant for the reasons discussed in Defendant's letter response. (Doc. 79.)
> Defendant shall file any response to the new exhibits at Doc. 56-18 by November 15, 2024.
> The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address on file.
> 11/1/2024 **SO ORDERED:**
>
> *Vernon Broderick*
> HON. VERNON S. BRODERICK
> UNITED STATES DISTRICT JUDGE

Re: Case No. 1:22-CV-07259 (VSB) (GS)

Deon McEachron-Howell v. New York Presbyterian Hospital

**Motion to Clarify the Record and Supplement Missing Exhibits**

## I. Introduction

Plaintiff, Deon McEachron-Howell, respectfully submits this motion to bring to the Court's attention the issue of missing and disorganized exhibits that were previously submitted as part of the filings in this case. I request the Court's permission to clarify the record and supplement the exhibits to ensure that the evidence is correctly reflected in the case.

## II. Background

1. On August 1, 2024, I submitted exhibits in support of my case against New York Presbyterian Hospital.

2. The exhibits that were submitted include: M4, M2, M3, M1, T, R, L3, and M.

1

3. Despite these submissions, the exhibits appear to be disorganized, with portions of them scattered across different parts of the case file, and several exhibits are missing entirely from the record.

4. The Defendant has claimed they have not received these exhibits, and upon review, it seems that the court's record is incomplete.

### III. Proof of Submission

1. I have evidence of the original submission of these exhibits. Attached as **Exhibit 1** are email confirmations and receipts that show the exhibits were filed August 1, 2024

2. These records confirm that the exhibits were properly submitted to the court but appear to have not been included in the official court record.

### IV. Request for Relief

Given the importance of these exhibits to my case, I respectfully request that the Court:

1. Allow me to re-submit the missing exhibits M4, M2, M3, M1, T, R, L3, and M to supplement the record.

2. Permit clarification and reorganization of the exhibits to ensure they are properly reflected in the case file.

3. Grant any other relief the Court deems appropriate to address this issue.

### V. Conclusion

I respectfully request that the Court grant this motion to clarify the record and allow the missing exhibits to be properly included, as they are critical to the proper presentation of my case. I am prepared to re-serve these exhibits to the Defendant and re-submit them to the Court to avoid any further issues or delays.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Deon McEachron-Howell

Deon McEachron-Howell

Dated: October 25, 2024

Plaintiff, Pro Se